B6C (Official Form 6C) (4/13)

In re  Phillip James Dosse                                                  Case No.  15-32601
                                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead Lot 8, Block 1 Fairview Heights, Ramsey County Minnesota | Minn. Stat. §§ 510.01, 510.02 | $220,900.00 full fair market value (FMV) | $220,900.00 |
| 2 Televisions | Minn. Stat. § 550.37(4)(b) | $500.00 full fair market value (FMV) | $500.00 |
| DVD Player | Minn. Stat. § 550.37(4)(b) | $100.00 full fair market value (FMV) | $100.00 |
| Coffee Table | Minn. Stat. § 550.37(4)(b) | $50.00 full fair market value (FMV) | $50.00 |
| End Table | Minn. Stat. § 550.37(4)(b) | $10.00 full fair market value (FMV) | $10.00 |
| 3 Lamps | Minn. Stat. § 550.37(4)(b) | $50.00 full fair market value (FMV) | $50.00 |
| Piano | Minn. Stat. § 550.37(2) | $500.00 full fair market value (FMV) | $500.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $222,110.00 | $222,110.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re Phillip James Dosse                                  Case No. 15-32601
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dinner Table | Minn. Stat. § 550.37(4)(b) | $200.00 full fair market value (FMV) | $200.00 |
| 4 Dining Chairs | Minn. Stat. § 550.37(4)(b) | $100.00 full fair market value (FMV) | $100.00 |
| Stove | Minn. Stat. § 550.37(4)(b) | $350.00 full fair market value (FMV) | $350.00 |
| Dishwasher | Minn. Stat. § 550.37(4)(b) | $400.00 full fair market value (FMV) | $400.00 |
| Microwave | Minn. Stat. § 550.37(4)(b) | $75.00 full fair market value (FMV) | $75.00 |
| Refrigerator | Minn. Stat. § 550.37(4)(b) | $1,500.00 full fair market value (FMV) | $1,500.00 |
| Freezer | Minn. Stat. § 550.37(4)(b) | $100.00 full fair market value (FMV) | $100.00 |
| Dresser | Minn. Stat. § 550.37(4)(b) | $200.00 full fair market value (FMV) | $200.00 |
| 2 Nightstands | Minn. Stat. § 550.37(4)(b) | $100.00 full fair market value (FMV) | $100.00 |
| | | $225,135.00 | $225,135.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  Phillip James Dosse                                              Case No.   15-32601
                                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 beds | Minn. Stat. § 550.37(4)(b) | $1,000.00 full fair market value (FMV) | $1,000.00 |
| 100 Movies | Minn. Stat. § 550.37(4)(b) | $200.00 full fair market value (FMV) | $200.00 |
| Wearing Apparel | Minn. Stat. § 550.37(4)(b) | $500.00 full fair market value (FMV) | $500.00 |
|  | Minn. Stat. § 550.37(4)(a) | $0.00 full fair market value (FMV) |  |
| Personal Accessories | Minn. Stat. § 550.37(4)(b) | $200.00 full fair market value (FMV) | $200.00 |
|  | Minn. Stat. § 550.37(4)(a) | $0.00 full fair market value (FMV) |  |
| Shoes | Minn. Stat. § 550.37(4)(b) | $0.00 full fair market value (FMV) | $0.00 |
|  | Minn. Stat. § 550.37(4)(a) | $0.00 full fair market value (FMV) |  |
| Wedding Ring | Minn. Stat. § 550.37(4)(c) | $100.00 full fair market value (FMV) | $100.00 |
|  |  | $227,135.00 | $227,135.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  Phillip James Dosse                                Case No.  15-32601
                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Watch | Minn. Stat. § 550.37(4)(a) | $200.00 full fair market value (FMV) | $200.00 |
| 401K Retirement Savings Plan | Minn. Stat. § 550.37(24) | $26,472.22 full fair market value (FMV) | $29,157.52 |
| 1998 Toyota Camry | Minn. Stat. § 550.37(12)(a) | $2,711.00 full fair market value (FMV) | $2,711.00 |
| | | $256,518.22 | $259,203.52 |

In re Phillip James Dosse,                    Case No. 15-32601
            Debtor                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 09/25/2015                              Signature: /s/ Dosse
                                                          Debtor

Date _____                          Signature: _____
                                                       (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                    (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address
X _____                          _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                              Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**ZIMMERMAN & BIX, LTD.**
ATTORNEYS AT LAW
331 SECOND AVENUE SOUTH
SUITE 890
MINNEAPOLIS, MINNESOTA 55401

MILTON H. BIX (RETIRED)　　　　　　　　　　　　　　　　　　　　　TELEPHONE
MANLY A. ZIMMERMAN　　　　　　　　　　　　　　　　　　　　　　(612) 333-8225
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELECOPIER (612) 333-5005

November 17, 2015

Livingston Financial, LLC　　　　　　　　United States Trustee
c/o Messerli & Kramer　　　　　　　　　　U.S. Courthouse
3033 Campus Drive　　　　　　　　　　　　316 North Robert Street, Suite 200
Plymouth, MN  55441　　　　　　　　　　　St. Paul, MN  55101

Regions Hospital　　　　　　　　　　　　　Patti J. Sullivan
P.O. Box 77093　　　　　　　　　　　　　　Sullivan Law Firm, P.A.
Minneapolis, MN  55480　　　　　　　　　　1595 Selby Ave., Suite 205
　　　　　　　　　　　　　　　　　　　　　St. Paul, MN  55104

Zimmerman & Bix, Ltd.
331 Second Ave. S., Suite 890
Minneapolis, MN  55401

Daniel Wood
1204 Vissing Circle
Idaho Falls, ID  83402

　　　　Re:　**Phillip Dosse Bankruptcy**
　　　　　　　*Case No.  15-32601*

Enclosed herewith please find an Amended Schedule C, Property Claimed as Exempt. This letter and the Exhibit are herewith served upon you by mail.

Sincerely,

ZIMMERMAN & BIX, LTD.

Manly A. Zimmerman

MAZ/smf
Enc.

